DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

10 APRIL 2014

| 028P14 | Capital Bank, N.A. v. Julian E. Cameron and Alfred B. Cooper, Jr. | 1. Def's (Alfred B. Cooper, Jr.) PDR Under N.C.G.S. § 7A-31 (COA13-696) <br><br> 2. Motion to Withdraw PDR | 1. — <br><br><br> 2. Allowed **04/08/2014** |
|---|---|---|---|
| 032P14 | In the Matter of the Foreclosure of a Deed of Trust Executed by Burl Webb, Jr. and Leigh B. Webb Dated January 6, 2006 and Recorded in Book 19879 at Page 177 in the Mecklenburg County Public Registry, North Carolina | 1. Respondent's PDR Under N.C.G.S. § 7A-31 (COA13-324) <br><br> 2. Respondent's Petition for *Writ of Certiorari* to Review Decision of COA <br><br> 3. Petitioner's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Dismissed <br><br> 2. Denied <br><br><br> 3. Dismissed as Moot |
| 035P14 | State v. Reggie Devon Avent | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA13-665) | Denied |
| 036P14 | State v. Derrick Eddings, Jr. | Def's PDR Under N.C.G.S. § 7A-31 (COA13-474) | Denied |
| 043P14 | State v. Channing Allamar Blackwell | 1. Def's NOA Based Upon a Constitutional Question (COA13-196) <br><br> 2. Def's PDR Under N.C.G.S. § 7A-31 <br><br> 3. State's Motion to Dismiss Appeal | 1. — <br><br><br> 2. Denied <br><br> 3. Allowed |
| 050P14 | State v. James Allen Minyard | 1. Def's NOA Based Upon a Constitutional Question (COA13-377) <br><br> 2. Def's PDR Under N.C.G.S. § 7A-31 <br><br> 3. State's Motion to Dismiss Appeal | 1. — <br><br><br> 2. Denied <br><br> 3. Allowed |
| 053P14 | State v. Allegra Rose Dahlquist | Def's PDR Under N.C.G.S. § 7A-31 (COA13-437) | Denied |